# Court of Appeals
# of the State of Georgia

ATLANTA,   May 31, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0058.  VELAZQUEZ v. PEREZ.

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is GRANTED. Applicant shall have until July 1, 2022 to file the application.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   05/31/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*